Filing # 53480327 E-Filed 03/08/2017 05:25:51 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
CIVIL ACTION

GARDENMASTERS OF S.W. FLORIDA,
INC., a Florida Corporation,

    Plaintiff,

v.

                         CASE NO.: 17-CA-00107

EARTHCARE MANAGEMENT
SERVICES, INC., d/b/a EARTHCARE
LANDSCAPE SERVICES, a Florida
Corporation,

    Defendant.

## COUNTERCLAIM AND DEMAND FOR JURY TRIAL OF
## SEAN MCGUINNESS, INC. d/b/a EARTHCARE LANDSCAPE SERVICES

Defendant/Counter-Plaintiff, SEAN MCGUINNESS, INC. d/b/a EARTHCARE

LANDSCAPE SERVICES, a Florida Corporation, hereby sues Plaintiff/Counter-

Defendant, GARDENMASTERS OF S.W. FLORIDA, INC., a Florida Corporation, and

alleges:

### PARTIES, JURISDICTION & VENUE

1.      This is a cause of action for damages in excess of $15,000.00, exclusive of

interest, attorneys' fees and costs.

2.      Defendant/Counter-Plaintiff, SEAN MCGUINNESS, INC. d/b/a

EARTHCARE LANDSCAPE SERVICES ("EARTHCARE") is a Florida Corporation with

its principal place of business in Collier County, Florida.

3.      Plaintiff/Counter-Defendant, GARDENMASTERS OF S.W. FLORIDA,

Page 1 of 11



INC. ("GARDENMASTERS") is a Florida Corporation that, at all times material, conducted business in Collier County, Florida.

4.  This Court has jurisdiction over the subject matter of this Counterclaim.

5.  This Court has jurisdiction over the parties to this Counterclaim.

6.  Venue is proper in this Court in that all of the acts or omissions giving rise to EARTHSCAPE's claims occurred in Collier County, Florida.

<u>GENERAL ALLEGATIONS</u>

7.  EARTHCARE is engaged in the business of providing professional landscaping and management services to its customers throughout Collier County, Florida.

8.  GARDENMASTERS is engaged in the business of providing lawn and ornamental pest control, fertilization services, and interior pest management for residential, commercial, and governmental customers.

9.  Between October 2015 and May 2016, EARTHCARE and GARDENMASTERS entered into various service agreements for the provision of lawn and ornamental pest control and fertilization services at several properties landscaped and managed by EARTHCARE, whereby GARDENMASTERS agreed to "provide up to twelve (12) services annually" at each property, and to perform inspection, fertilization, insect control, fungus control and/or weed control, as needed (the "Service Agreements").

10.  The Service Agreements for the properties that are the subject of this Counterclaim encompassed the following properties, all of which are located in Collier

County, Florida:  (1) Pier 81 Condominium Association located at 1079 Bald Eagle Dr,

Marco Island, FL; (2) The Naples Bay Resort (the Club and the Cottages) located at 1500

5th Ave. S., Naples, FL; (3) the Yawney properties located at 800 Jamaica Lane, 810

Jamaica Lane, and 820 Jamaica Lane, Naples, FL; (4) Villas Amalfi located at 265 2nd

Ave. S., Naples, FL; (5) Sandy Cay Condominium Association located at 3rd St. and 3rd

Ave. S., Naples, FL; (6) Residences of Old Naples located at 301 3rd Ave. S., Naples, FL;

(7) Colonnade Club located at 666 7th Ave. S., Naples, FL; (8) Broadview Villas, 1124 6th

St. S., Naples, FL; (9) the Williams' property located at 3440 Rum Row, Naples, FL; and

(10) the Levine's property located at 2630 Half Moon Walk, Naples, FL (collectively, the

"Properties").

    11.    Beginning on or around November 2015, GARDENMASTERS began

providing services to the Properties pursuant to the terms of the Service Agreements.

    12.    At all times material, the Properties were managed and landscaped by

EARTHCARE.

    13.    At all times material, GARDENMASTERS was responsible for the proper

provision of lawn and ornamental pest control and fertilization services at the

Properties, including but not limited to the proper application of herbicides, fungicides

and/or pesticides so as to prevent death and destruction of plantings on the Properties.

    14.    On or around late June 2016, plantings on the Properties began to die

suddenly.

    15.    Upon further investigation, it was discovered that, on or about June 23,

2016, GARDENMASTERS improperly applied the wrong herbicide, fungicide and/or

pesticide treatments to plantings on the Properties, which caused imminent death and destruction to the treated plantings.

16.     The improper treatment applications resulted in catastrophic damages to plantings at the Properties, among other things.

17.     Subsequent to the discovery of the damages, EARTHCARE made a demand upon GARDENMASTERS to pay for, repair and/or remediate the damaged plantings.

18.     Despite the demand, GARDENMASTERS has failed and refused to pay for, repair and/or remediate the damaged plantings.

19.     To mitigate its damages, EARTHCARE replaced the damaged plantings on the Properties at its own expense.

20.     As a direct and proximate result of GARDENMASTERS' acts or omissions, EARTHCARE suffered direct, incidental, and consequential damages such as the costs of removal and replacement of the destroyed plantings, the loss of goodwill with its customers, the loss of accounts, and lost profits, among other things.

21.     In addition to the Properties listed in paragraph 10 above, there may be additional properties that have been damaged as a result of GARDENMASTERS' acts or omissions and of which EARTHCARE is not yet aware. EARTHCARE reserves the right to seek claims for such other damages incurred which are subsequently discovered.

22.     All damages occurred through no fault of EARTHCARE, and are solely due to the acts or omissions of GARDENMASTERS.

## COUNT I
## NEGLIGENCE

23.     EARTHCARE realleges the allegations in paragraphs 1 through 22 above as if fully alleged and incorporated herein.

24.     GARDENMASTERS owed a duty to EARTHCARE to ensure the proper application of and apply the correct herbicide, fungicide and/or pesticide at the Properties without causing damage to plantings on those Properties.

25.     GARDENMASTERS breached its duty to EARTHCARE by failing to ensure the proper application of and apply the correct herbicide, fungicide and/or pesticide at the Properties.

26.     As a direct and proximate cause of GARDENMASTERS' breaches, EARTHCARE has and will continue to suffer damages, including but not limited to: (a) damages for the direct costs EARTHCARE expended related to the replacement of the destroyed plantings; and (b) damages resulting from loss of customer goodwill and lost profits, including but not limited to accounts that were cancelled as a result of GARDENMASTERS' acts or omissions.

27.     GARDENMASTERS' actions caused EARTHCARE to lose profits, among other things, because the following accounts terminated their relationship with EARTHCARE following the damage to the plantings: (1) Sandy Cay Condominium Association located at 3rd St. and 3rd Ave. S., Naples, FL; (2) the Yawney properties located at 800 Jamaica Lane, 810 Jamaica Lane, and 820 Jamaica Lane, Naples, FL; and (3) Villas Amalfi located at 265 2nd Ave. S., Naples, FL.

28.    Such consequential damages should have been reasonably foreseeable to GARDENMASTERS and are the proximate consequence of GARDENMASTERS' breaches.

29.    Should any other accounts terminate their relationship with EARTHCARE as a result of GARDENMASTERS' acts or omissions, EARTHCARE reserves the right to seek claims for such other damages which are subsequently incurred.

WHEREFORE, Defendant/Counter-Plaintiff, SEAN MCGUINNESS, INC. d/b/a EARTHCARE LANDSCAPE SERVICES respectfully demands that judgment be entered against Plaintiff/Counter-Defendant, GARDENMASTERS OF S.W. FLORIDA, INC. for all damages sustained by Defendant/Counter-Plaintiff, including direct, incidental and consequential damages, including but not limited to lost profits, in addition to interest, costs and expenses as allowed by law, and for such other relief as this Court deems just and proper.

## COUNT II
## COMMON LAW INDEMNIFICATION

30.    EARTHCARE realleges the allegations in paragraphs 1 through 22 above as if fully alleged and incorporated herein.

31.    GARDENMASTERS owed a duty to EARTHCARE and the Property owners to apply herbicide, fungicide, and/or pesticide treatments to said Properties without causing destruction of any plantings at the Properties.

32.    GARDENMASTERS breached said duties in its improper application of herbicide, fungicide, and/or pesticide treatments at the Properties which caused the

destruction of plantings at the Properties.

33. EARTHCARE and GARDENMASTERS share a "special relationship" whereby EARTHCARE, as the faultless party, is only vicariously, constructively, derivatively, or technically liable for the wrongful acts of GARDENMASTERS, which liability arises from EARTHCARE's landscaping agreements with the owners of the Properties.

34. EARTHCARE discharged GARDENMASTERS' duties by paying for and/or replacing the damaged plantings at the Properties caused by GARDENMASTERS' improper application of herbicide, fungicide, and/or pesticide treatments at the Properties.

35. GARDENMASTERS should have paid for and/or replaced the damaged plantings at the Properties, which duty EARTHCARE discharged and/or satisfied.

36. EARTHCARE is without any fault in this matter.

37. EARTHCARE suffered damages by discharging the liability that should be borne by GARDENMASTERS for its acts or omissions that caused destruction to the plantings on the Properties.

WHEREFORE, Defendant/Counter-Plaintiff, SEAN MCGUINNESS, INC. d/b/a EARTHCARE LANDSCAPE SERVICES respectfully demands that judgment be entered against Plaintiff/Counter-Defendant, GARDENMASTERS OF S.W. FLORIDA, INC. for damages, costs, and expenses incurred by Defendant/Counter-Plaintiff in paying for, repairing and/or remediating the damage to the plantings at the Properties, as well as interest, court costs and expenses as allowed by law, and for such other relief as this

Page 7 of 11

Court deems just and proper.

## COUNT III
## BREACH OF CONTRACT

38.     EARTHCARE realleges the allegations in paragraphs 1 through 22 above as if fully alleged and incorporated herein.

39.     All conditions precedent to this action have occurred, been performed or been waived.

40.     GARDENMASTERS and EARTHCARE entered into the Service Agreements attached hereto as Composite Exhibit "1". GARDENMASTERS provided EARTHCARE with a guideline of services which was believed to be incorporated into the Service Agreements, a copy of which is attached hereto as Exhibit "2".

41.     GARDENMASTERS breached the Service Agreements by failing to adequately ensure the proper application of and properly apply the correct herbicide, fungicide and/or pesticide treatments on the Properties.

42.     EARTHCARE has been damaged and continues to suffer damages as a result of GARDENMASTERS' breach of the Service Agreements.

43.     EARTHCARE's damages include both direct and consequential damages flowing from GARDENMASTERS' breach of the Service Agreements.

44.     GARDENMASTERS' actions caused EARTHCARE to lose profits, among other things, because the following accounts terminated their relationship with EARTHCARE following the damage to the plantings: (1) Sandy Cay Condominium Association located at 3rd St. and 3rd Ave. S., Naples, FL; (2) the Yawney properties

located at 800 Jamaica Lane, 810 Jamaica Lane, and 820 Jamaica Lane, Naples, FL; and (3) Villas Amalfi located at 265 2nd Ave. S., Naples, FL.

45.     Such consequential damages should have been reasonably foreseeable to GARDENMASTERS at the time it entered into the Service Agreements and are the proximate consequence of GARDENMASTERS' breaches.

46.     Should any other accounts terminate their relationship with EARTHCARE as a result of GARDENMASTERS' acts or omissions, EARTHCARE reserves the right to seek claims for such other damages which are subsequently incurred.

WHEREFORE, Defendant/Counter-Plaintiff, SEAN MCGUINNESS, INC. d/b/a EARTHCARE LANDSCAPE SERVICES respectfully demands that judgment be entered against Plaintiff/Counter-Defendant, GARDENMASTERS OF S.W. FLORIDA, INC. for all damages sustained by Defendant/Counter-Plaintiff, including direct, incidental and consequential damages, including but not limited to lost profits, in addition to interest, costs and expenses as allowed by law, and for such other relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Defendant/Counter-Plaintiff, SEAN MCGUINNESS, INC. d/b/a EARTHCARE LANDSCAPE SERVICES requests a trial by jury on all issues so triable.

Dated this 8th day of March 2017.

COHEN & GRIGSBY, P.C.
*Counsel for Defendant*

/s/ Jason Hunter Korn
JASON HUNTER KORN
Florida Bar No. 0066117
E-mail: jkorn@cohenlaw.com
Secondary E-mail: ccaro@cohenlaw.com
ERIC S. OLSON
Florida Bar No. 99079
E-mail: eolson@cohenlaw.com
Secondary E-mail: ssheldon@cohenlaw.com
Mercato – Suite 6200
9110 Strada Place
Naples, Florida 34108
Telephone: (239) 390-1900
Facsimile: (239) 390-1901

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by e-service through Florida Courts E-Filing Portal, this 8th day of March 2017, upon the following:

> George H. Knott, Esq.
> Florida Bar No. 375918
> Knott Ebelini Hart
> 1625 Hendry Street, Suite 301
> Fort Myers, FL 33901
> Primary Email: gknott@knott-law.com
> Secondary:   kturner@knott-law.com
>                    mcornele@knott-law.com

/s/ Jason Hunter Korn_____

2425372.v1

# COMPOSITE
# EXHIBIT 1



## Gardenmasters
### of SW Florida Inc.

*Lawn & Ornamental Pest Control*
*Fertilization Services*
*Interior Pest Management*

October 5, 2015

Earthcare Landscape
5111 Tamarind Ridge Drive
Naples, FL 34119

Sent: Via E-Mail; info@earthcarelandscape.com

SUBJ: Lawn & Ornamental Pest Control & Fertilization
Service Address: Pier 81 Condo Assoc., 1079 Bald Eagle Dr.
Estimated by: Jeff

Dear Shannon,

We are pleased to present this estimate for your review and acceptance. Attached please find a guideline of our services. We provide up to twelve (12) services annually depending upon environmental conditions. We bill on a monthly basis at the end of the month and payment is due within 30 days (net 30).

Annual Cost: $ 3,000.00          Bi-Monthly Fee: $ 500.00

Please sign this letter below indicating your acceptance and return with completed agreement via e-mail (Gardenmasters@comcast.net), fax or mail at your earliest convenience so your account can be scheduled for prompt initial servicing. Cancellations can only be accepted with a thirty day notice prior to the end of your month due to scheduling requirements. If you have any questions, please call or e-mail us.

Thank you for your business!

Sincerely

*Michael Juchnowicz*
Michael Juchnowicz, CPCO
President

_____
Customer Signature

_____
10/8/15
Date

MJ/

Gardenmasters of SW Florida Inc
341 Seaboard Ave
Venice, FL 34285
(941)488-4444
Fax (941)488-4444
Gardenmasters@comcast.net
www.GardenmastersFL.com

✗ Start November



### Gardenmasters
#### of SW Florida Inc.

*Lawn & Ornamental Pest Control*
*Fertilization Services*
*Interior Pest Management*

September 3, 2015

Earthcare Landscape
5111 Tamarind Ridge Drive
Naples, FL 34119

Sent: Via E-Mail pools@earthcarelandscape.com

SUBJ: Lawn & Ornamental Pest Control & Fertilization
Service Address: Naples Bay Resort – The Cottages
Estimated by: Jeff

Dear Staffing at Earthcare ,

We are pleased to present this estimate for your review and acceptance.
Attached please find a guideline of our services. We provide up to twelve (12)
services annually depending upon environmental conditions. We bill on a monthly
basis at the end of the month and payment is due within 30 days (net 30).

Annual Cost: $ 3,600.00          Monthly Fee: $ 300.00   600  ok   *x*p.s  613.46

Please sign this letter below indicating your acceptance and return with completed
agreement via e-mail (Gardenmasters@comcast.net), fax or mail at your earliest
convenience so your account can be scheduled for prompt initial servicing.
Cancellations can only be accepted with a thirty day notice prior to the end of your
month due to scheduling requirements. If you have any questions, please call or
e-mail us.

Thank you for your business!

Sincerely

*Michael Juchnowicy*
Michael Juchnowicz, CPCO
President

Customer Signature

_____
11/20/15
Date

MJ/

Gardenmasters of SW Florida Inc
341 Seaboard Ave.
Venice, FL 34285
(941)488-4444
Fax (941)483-4444
Gardenmasters@comcast.net
www.GardenmastersFL.com

Start 5 –Dec.
Mon – Wed

$



## Gardenmasters
### of SW Florida Inc.

*Lawn & Ornamental Pest Control*
*Fertilization Services*
*Interior Pest Management*

May 13, 2016

Earthcare Landscape
ATTN: Kris
5111 Tamarind Ridge Drive
Naples, FL 34119

Sent:  Via E-Mail: info@earthcarelandscape.com

SUBJ:  Lawn & Ornamental Pest Control & Fertilization
Service Address: 800 Jamaica Lane
Estimated by: Jeff

Dear Kris,

We are pleased to present this estimate for your review and acceptance.  Attached please find a guideline of our services.  We provide up to twelve (12) services annually depending upon environmental conditions.  We bill on a bi-monthly basis at the end of the month and payment is due within 30 days (net 30).

Annual Cost:  $ 800.00          Bi-Monthly Fee:  $133.33

Please sign this letter below indicating your acceptance and return with completed agreement via e-mail (Gardenmasters@comcast.net), fax or mail at your earliest convenience so your account can be scheduled for prompt initial servicing.  Cancellations can only be accepted with a thirty day notice prior to the end of your month due to scheduling requirements.  If you have any questions, please call or e-mail us.

Thank you for your business!

Sincerely

*Michael Juchnowicz*
Michael Juchnowicz, CPCO
President

_____
Customer Signature

_____
Date          5/17/16

MJ/

Gardenmasters of SW Florida Inc
341 Seaboard Ave
Venice, FL 34285
(941)488-4444
Fax (941)483-4444
Gardenmasters@comcast.net
www.GardenmastersFL.com

Start: ASAP.
Mow: Thurs.



# Gardenmasters
## of SW Florida Inc.

### Lawn & Ornamental Pest Control
### Fertilization Services
### Interior Pest Management

May 13, 2016

Earthcare Landscape
ATTN: Kris
5111 Tamarind Ridge Drive
Naples, FL 34119

Sent: Via E-Mail; info@earthcarelandscape.com

SUBJ: Lawn & Ornamental Pest Control & Fertilization
Service Address: 810 Jamaica Lane   /yawney
Estimated by: Jeff

Dear Kris,

We are pleased to present this estimate for your review and acceptance. Attached please find a guideline of our services. We provide up to twelve (12) services annually depending upon environmental conditions. We bill on a bi-monthly basis at the end of the month and payment is due within 30 days (net 30).

Annual Cost: $ 550.00          Bi-Monthly Fee: $91.66

Please sign this letter below indicating your acceptance and return with completed agreement via e-mail (Gardenmasters@comcast.net), fax or mail at your earliest convenience so your account can be scheduled for prompt initial servicing. Cancellations can only be accepted with a thirty day notice prior to the end of your month due to scheduling requirements. If you have any questions, please call or e-mail us.

Thank you for your business!

Sincerely

*Michael Juchnowicz*
Michael Juchnowicz, CPCO
President

_____
Customer Signature

_____5/17/16_____
Date

MJ/

Gardenmasters of SW Florida Inc
341 Seaboard Ave
Venice, FL 34285
(941)488-4444
Fax (941)483-4444
Gardenmasters@comcast.net
www.GardenmastersFL.com

Start - ASAP
Mow - Thurs.



# Gardenmasters
## of SW Florida Inc.

### Lawn & Ornamental Pest Control
### Fertilization Services
### Interior Pest Management

May 13, 2016

Earthcare Landscape
ATTN: Kris
5111 Tamarind Ridge Drive
Naples, FL 34119

Sent: Via E-Mail; Info@earthcarelandscape.com

SUBJ: Lawn & Ornamental Pest Control & Fertilization
Service Address: 820 Jamaica Lane
Estimated by: Jeff

Dear Kris,

We are pleased to present this estimate for your review and acceptance. Attached please find a guideline of our services. We provide up to twelve (12) services annually depending upon environmental conditions. We bill on a bi-monthly basis at the end of the month and payment is due within 30 days (net 30).

Annual Cost: $2,200.00          Bi-Monthly Fee: $366.66

Please sign this letter below indicating your acceptance and return with completed agreement via e-mail (Gardenmasters@comcast.net), fax or mail at your earliest convenience so your account can be scheduled for prompt initial servicing. Cancellations can only be accepted with a thirty day notice prior to the end of your month due to scheduling requirements. If you have any questions, please call or e-mail us.

Thank you for your business!

Sincerely

*Michael Juchnowicz*
Michael Juchnowicz, CPCO
President

MJ/

_____
Customer Signature

_____5/17/16_____
Date

Gardenmasters of SW Florida Inc
341 Seaboard Ave
Venice, FL 34285
(941)468-4444
Fax (941)483-4444
Gardenmasters@comcast.net
www.GardenmastersFL.com

Start - ASAP
Mow - Thurs.



## Gardenmasters
### of SW Florida Inc.

*Lawn & Ornamental Pest Control*
*Fertilization Services*
*Interior Pest Management*

December 2, 2015

Earthcare Landscape
ATTN: Kris
5111 Tamarind Ridge Drive
Naples, FL 34119

Sent: Via E-Mail; info@earthcarelandscape.com

SUBJ: Lawn and Ornamental Pest Control & Fertilization
Service Address: Sandy Cay Condo
3rd ST and 3rd Avenue S
Estimated by: Jeff

Dear Kris,

We are pleased to present this estimate for your review and acceptance. Attached please find a guideline of our services. We provide up to twelve (12) services annually depending upon environmental conditions. We bill on a bi-monthly basis at the end of the month and payment is due within 30 days (net 30).

Annual Cost: $ 2,000.00   *2,050.* Bi-Monthly Fee: $ 333.33   *175.-*

Please sign this letter below indicating your acceptance and return with completed agreement via e-mail (Gardenmasters@comcast.net), fax or mail at your earliest convenience so your account can be scheduled for prompt initial servicing. Cancellations can only be accepted with a thirty day notice prior to the end of your month due to scheduling requirements. If you have any questions, please call or e-mail us.

Thank you for your business!

Sincerely

*Michael Juchnowicz*
Michael Juchnowicz, CPCO
President

Customer Signature

MJ/

Date    1/13/16

Gardenmasters of SW Florida Inc
341 Seaboard Ave
Venice, FL 34285
(941)488-4444
Fax (941)483-4444
Gardenmasters@comcast.net
www.GardenmastersFL.com

*Start - Ashley/Jose*
*Mow - Tues.*



# Gardenmasters
## of SW Florida Inc.

### Lawn & Ornamental Pest Control
### Fertilization Services
### Interior Pest Management

November 18, 2015

Earthcare Landscape
ATTN: Kris
6111 Tamarind Ridge Drive
Naples, FL 34119

Sent: Via E-Mail; info@earthcarelandscape.com

SUB): Lawn and Ornamental Pest Control & Fertilization
Service Address: Residences of Naples
Estimated by: Jeff

Dear Kris,

We are pleased to present this estimate for your review and acceptance. Attached please find a guideline of our services. We provide up to twelve (12) services annually depending upon environmental conditions. We bill on a bi-monthly basis at the end of the month and payment is due within 30 days (net 30).

Annual Cost: $ 1,200.00     Bi-Monthly Fee:  $ 100.00

Please sign this letter below indicating your acceptance and return with completed agreement via e-mail (Gardenmasters@comcast.net), fax or mail at your earliest convenience so your account can be scheduled for prompt initial servicing.  Cancellations can only be accepted with a thirty day notice prior to the end of your month due to scheduling requirements.  If you have any questions, please call or e-mail us.

Thank you for your business!

Sincerely

*Michael Juchnowicz*
Michael Juchnowicz, CPCO
President

MJ/

Customer Signature

Date    11/20/15

Gardenmasters of SW Florida Inc
341 Seaboard Ave
Venice, FL 34285
(941)488-4444
Fax (941)483-4444
Gardenmasters@comcast.net
www.GardenmastersFL.com



**Gardenmasters**
*of SW Florida Inc.*

*Lawn & Ornamental Pest Control*
*Fertilization Services*
*Interior Pest Management*

October 21, 2015

Earthcare Landscape
ATTN: Kris
5111 Tamarind Ridge Drive
Naples, FL 34119

Sent: Via E-Mail; Info@earthcarelandscape.com

SUBJ: Lawn & Ornamental Pest Control & Fertilization
Service Address: Colonnade Club
666 7th Avenue South
Estimated by: Jeff

Dear Kris,

We are pleased to present this estimate for your review and acceptance. Attached please find a guideline of our services. We provide up to twelve (12) services annually depending upon environmental conditions. We bill on a bi-monthly basis at the end of the month and payment is due within 30 days (net 30).

Annual Cost: $ 600.00          Bi-Monthly Fee: $ 100.00

Please sign this letter below indicating your acceptance and return with completed agreement via e-mail (Gardenmasters@comcast.net), fax or mail at your earliest convenience so your account can be scheduled for prompt initial servicing. Cancellations can only be accepted with a thirty day notice prior to the end of your month due to scheduling requirements. If you have any questions, please call or e-mail us.

Thank you for your business!

Sincerely

*Michael Juchnowicz*                    Customer Signature
Michael Juchnowicz, CPCO
President
                                        10/26/15
MJ/                                     Date

Gardenmasters of SW Florida Inc
341 Seaboard Ave
Venice, FL 34285
(941)488-4444
Fax (941)483-4444
Gardenmasters@comcast.net
www.GardenmastersFL.com

*Starts Nov*
*mow Fri*



## Gardenmasters
### of SW Florida Inc.

*Lawn & Ornamental Pest Control*
*Fertilization Services*
*Interior Pest Management*

October 21, 2015

Earthcare Landscape
ATTN: Kris
5111 Tamarind Ridge Drive
Naples, FL 34119

Sent: Via E-Mail; info@earthcarelandscape.com

SUBJ: Lawn & Ornamental Pest Control & Fertilization
Service Address: Broadview Villas
1124 6th Street South
Estimated by: Jeff

Dear Kris,

We are pleased to present this estimate for your review and acceptance. Attached please find a guideline of our services. We provide up to twelve (12) services annually depending upon environmental conditions. We bill on a bi-monthly basis at the end of the month and payment is due within 30 days (net 30).

Annual Cost: $~~1,300.00~~ 1170.—          Bi-Monthly Fee: $~~216.67~~ 195.—

Please sign this letter below indicating your acceptance and return with completed agreement via e-mail (Gardenmasters@comcast.net), fax or mail at your earliest convenience so your account can be scheduled for prompt initial servicing. Cancellations can only be accepted with a thirty day notice prior to the end of your month due to scheduling requirements. If you have any questions, please call or e-mail us.

Thank you for your business!

Sincerely

*Michael Juchnowicz*
Michael Juchnowicz, CPCO
President

Customer Signature

10/26/15
Date

MJ/

Gardenmasters of SW Florida Inc
941 Seaboard Ave
Venice, FL 34285
(941)488-4444
Fax (941)483-4444
Gardenmasters@comcast.net
www.GardenmastersFL.com

Start – December
monday – Monday



## Gardenmasters
### of S.W. Florida Inc.

#### Lawn & Ornamental Pest Control
#### Fertilization Services
#### Interior Pest Management

October 21, 2015

Earthcare Landscape
ATTN: Kris
5111 Tamarind Ridge Drive
Naples, FL 34119

Sent: Via E-Mail; Info@earthcarelandscape.com

SUBJ: Lawn & Ornamental Pest Control & Fertilization
Service Address: Villas ~~about~~ *Amalfi*
265 2nd Avenue South
Estimated by: Jeff

Dear Kris,

We are pleased to present this estimate for your review and acceptance. Attached please find a guideline of our services. We provide up to twelve (12) services annually depending upon environmental conditions. We bill on a bi-monthly basis at the end of the month and payment is due within 30 days (net 30).

Annual Cost:  $ 675.00          Bi-Monthly Fee:  $ 112.50

Please sign this letter below indicating your acceptance and return with completed agreement via e-mail (Gardenmasters@comcast.net), fax or mail at your earliest convenience so your account can be scheduled for prompt initial servicing. Cancellations can only be accepted with a thirty day notice prior to the end of your month due to scheduling requirements. If you have any questions, please call or e-mail us.

Thank you for your business!

Sincerely

*Michael Juchnowicz*
Michael Juchnowicz, CPCO
President

Customer Signature

_____
_10/27/15_
Date

gardenmasters of SW Florida Inc
341 Seaboard Ave
Venice, FL 34285
(941)488-4444
Fax (941)483-4444
Gardenmasters@comcast.net
www.GardenmastersFL.com

Start – Dec.
Mow – Mon.



### Gardenmasters
### of SW Florida Inc.

Lawn & Ornamental Pest Control
Fertilization Services
Interior Pest Management

October 21, 2015

Earthcare Landscape
ATTN: Kris
5111 Tamarind Ridge Drive
Naples, FL  34119

Sent:  Via E-Mail; info@earthcarelandscape.com

SUBJ:  Lawn & Ornamental Pest Control & Fertilization
Service Address: Pamela Williams
3440 Rum Row
Estimated by: Jeff

Dear Kris,

We are pleased to present this estimate for your review and acceptance. Attached please find a guideline of our services. We provide up to twelve (12) services annually depending upon environmental conditions. We bill on a bi-monthly basis at the end of the month and payment is due within 30 days (net 30).

Annual Cost: $~~1,350.00~~  690.        Bi-Monthly Fee: $~~1008.33~~  115. —

Please sign this letter below indicating your acceptance and return with completed agreement via e-mail (Gardenmasters@comcast.net), fax or mail at your earliest convenience so your account can be scheduled for prompt initial servicing. Cancellations can only be accepted with a thirty day notice prior to the end of your month due to scheduling requirements. If you have any questions, please call or e-mail us.

Thank you for your business!

Sincerely

Michael Juchnowicz
Michael Juchnowicz, CPCO
President

_____
Customer Signature

_____ 10/22/15 _____
Date

**Gardenmasters of SW Florida Inc**
341 Seaboard Ave
Venice, FL 34285
(941)488-4444
Fax (941)483-4444
Gardenmasters@comcast.net
www.GardenmastersFL.com

Starts - Dec.
mow - Thurs.



## Gardenmasters
### of SW Florida Inc.

*Lawn & Ornamental Pest Control*
*Fertilization Services*
*Interior Pest Management*

September 11, 2015

Earthcare Landscape
5111 Tamarind Ridge Drive
Naples, FL 34119

Sent: Via E-Mail  pools@earthcarelandscape.com

> SUBJ:  Lawn & Ornamental Pest Control & Fertilization
> Service Address: Levine -2630 Half Moon Walk
> Estimated by:  Jeff

Dear Shannon ,

We are pleased to present this estimate for your review and acceptance. Attached please find a guideline of our services. We provide up to twelve (12) services annually depending upon environmental conditions. We bill on a monthly basis at the end of the month and payment is due within 30 days (net 30).

Annual Cost:  $ 520.00          Bi-Monthly Fee:  $ 86.67

Please sign this letter below indicating your acceptance and return with completed agreement via e-mail (Gardenmasters@comcast.net), fax or mail at your earliest convenience so your account can be scheduled for prompt initial servicing. Cancellations can only be accepted with a thirty day notice prior to the end of your month due to scheduling requirements.  If you have any questions, please call or e-mail us.

Thank you for your business!

Sincerely

*Michael Juchnowicz*
Michael Juchnowicz, CPCO
President

Customer Signature

MJ/                                         Date

Starts October

Gardenmasters of SW Florida Inc
341 Seaboard Ave
Venice, FL 34285
(941)488-4444
Fax (941)483-4444
Gardenmasters@comcast.net
www.GardenmastersFL.com

# EXHIBIT 2

# Lawn and Ornamental Pest Control and Fertilization Calendar
## Commercial

| December/January | February | March |
|---|---|---|
| Turf inspection<br>Turf fertilizer<br>Weed control as needed<br>Plant inspection<br>Plant treatment as needed<br>*Combined Month | Turf inspection<br>Turf fertilizer with 16-0-8<br>Weed control as needed<br>Insect control as needed<br>Plant inspection<br>Plant treatment as needed | Turf inspection<br>Weed control as needed<br>Insect control as needed<br>Plant inspection<br>Plant treatment as needed<br>Plant fertilization with 8-0-10 |

| April / May | June |
|---|---|
| Turf inspection<br>Insect control as needed<br>Turf fertilizer<br>Weed control as needed<br>Complete turf insecticide for control of ants, chinch bugs, billbugs and grubs<br>Plant inspection<br>Plant treatment as needed<br>*Combined Month | Turf inspection<br>Weed control as needed<br>Insect control as needed<br>Plant inspection<br>Plant treatment as needed |

| July | August | September |
|---|---|---|
| Turf inspection<br>Weed control as needed<br>Insect control as needed<br>Plant inspection<br>Plant treatment as needed | Turf inspection<br>Micronutrient application to all turf areas<br>Weed control as needed<br>Insect control as needed<br>Plant inspection<br>Plant treatment as needed | Turf inspection<br>Weed control as needed<br>Insect control as needed<br>Plant inspection<br>Plant treatment as needed |

| October | November |
|---|---|
| Turf inspection<br>Turf fertilizer with 16-0-8<br>Weed control as needed<br>Insect control as needed<br>Plant inspection<br>Plant treatment as needed | Turf inspection<br>Weed control as needed<br>Insect control as needed<br>Plant inspection<br>Plant treatment as needed<br>Plant fertilization with 8-0-10 |

This is only a guideline. All the above may change due to the addition or deletion of existing chemistries. Service is subject to change due to environmental conditions. * Combined months: December/January & April/May- these months are where liquid turf fertilizer and pest control are applied to your lawn. Due to the nature and timing of these application it may be necessary to utilize up to an 8 week period to perform these applications. Weather, ambient temperature, and soil temperature are integral factors in the timing and success of these services. All fertilizers are 50% slow release and compliant with Sarasota and Manatee County Ordinance. No

6/11/2014

# Lawn and Ornamental Pest Control and Fertilization Calendar
## Commercial

nitrogen or phosphorous applications may be done June 1st thru Sept 30th.  All chemical applications are of an I.P.M. methodology, using the latest chemicals and technology.  In May – All turf areas will be sprayed with a neonicotinide for nuisance ants, chinch bugs and grubs.

6/11/2014