IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

WESTERN WORLD INSURANCE
COMPANY,

     Plaintiff,

v.                                   CASE NO.:  2:17-cv-246-FtM-99MRM

GARDENMASTERS OF S.W. FLORIDA,
INC., a Florida corporation, and SEAN
MCGUINNESS, INC., d/b/a EARTHCARE
LANDSCAPE SERVICES, a Florida
corporation,

     Defendants.

_____/

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT OF DEFENDANT,
SEAN MCGUINNESS, INC., d/b/a EARTHCARE LANDSCAPE SERVICES**

PLEASE TAKE NOTICE that Defendant, SEAN MCGUINNESS, INC., d/b/a

EARTHCARE LANDSCAPE SERVICES, by and through its undersigned counsel, hereby

discloses the following pursuant to this Court's Interested Persons Order:

1.     The name of each person, attorney, association of persons, firm, law firm,
partnership, and corporation that has or may have an interest in the outcome of this action —
including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies
that own 10% or more of a party's stock, and all other identifiable legal entities related to *any*
party in the case:

     a.     Western World Insurance Company;

     b.     Gardenmasters of S.W. Florida, Inc.;

     c.     Sean McGuinness, Inc., d/b/a Earthcare Landscape Services;

     d.     Earthcare Management Services, Inc.

     e.     The law firm of Fisher Rushmer, P.A., including Attorney Chris
              Ballentine, as counsel for Western World Insurance Company;

f.        The law firm of Boyle & Leonard, P.A., including Attorney Justin M. Thomas, as counsel for Gardenmasters of S.W. Florida, Inc.;

g.       The law firm of Knott Ebelini Hart, including Attorney George H. Knott, as counsel for Gardenmasters of S.W. Florida, Inc.

h.       The law firm of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, including Attorney Alan Bulnes, as counsel for Gardenmasters of S.W. Florida, Inc.;

i.        The law firm of Cohen & Grigsby, P.C., including Attorneys Jason Hunter Korn, Marshall P. Bender, and Eric S. Olson, as counsel for Sean McGuinness, Inc., d/b/a Earthcare Landscape Services;

j.        Jeffrey Juchnowicz and Michael Juchnowicz as the principals of Gardenmasters of S.W. Florida, Inc.;

k.       Sean McGuinness as the principal of Sean McGuinness, Inc., d/b/a Earthcare Landscape Services.

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

NONE.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

NONE.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

a.   Sean McGuinness, Inc., d/b/a Earthcare Landscape Services

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Dated this 4th day of August 2017.

COHEN & GRIGSBY, P.C.

 /s/ Eric S. Olson

JASON HUNTER KORN
Florida Bar No. 0066117
E-mail:  jkorn@cohenlaw.com
MARSHALL P. BENDER
Florida Bar No. 71474
E-mail:  mbender@cohenlaw.com
ERIC S. OLSON
Florida Bar No. 99079
E-mail:  eolson@cohenlaw.com
Mercato – Suite 6200
9110 Strada Place
Naples, Florida 34108
Telephone:  (239) 390-1900
Facsimile:  (239) 390-1901

*Trial Counsel for Defendant, Sean McGuinness, Inc., d/b/a Earthcare Landscape Services*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notices of Electronic Filing generated by CM/ECF on this 4th day of August 2017 on all counsel of record as follows:

Chris Ballentine
Florida Bar No. 434205
Fisher Rushmer, P.A.
390 N. Orange Avenue, Ste. 220
P.O. Box 3753
Orlando, FL  32801-1642
Primary Email: cballentine@fisherlawfirm.com
Secondary:       dburns@fisherlawfirm.com
*Attorney for Plaintiff Western World Insurance Company*

Justin M. Thomas, Esq.
Florida Bar No. 89405
Boyle & Leonard, P.A.
2050 McGregor Boulevard
Fort Myers, FL  33901-3420
Primary Email:  jthomas@insurance-counsel.com
*Attorney for Defendant Gardenmasters of S.W. Florida, Inc.*

/s/ Eric S. Olson

2532580.v1