IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NUMBER: 2:17-cv-246-FtM-99MRM

WESTERN WORLD INSURANCE
COMPANY,

    Plaintiff,

v.

GARDENMASTERS OF S.W. FLORIDA,
INC., a Florida corporation, and EARTHCARE
MANAGEMENT SERVICES, INC., d/b/a
EARTHCARE LANDSCAPE SERVICES,
a Florida corporation,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE TO REFILE, PER RULE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Western World Insurance Company, hereby gives notice that the above-captioned action is voluntarily dismissed as to all Defendants, without prejudice to Plaintiff to refile said claims, per Federal Rule of Civil Procedure 41(a). Defendants have not filed an Answer or a Motion for Summary Judgment relating to this matter. Further, Plaintiff has not previously filed or dismissed a federal or state court action based on or including the same claim or claims. Plaintiff intends on refiling this action in state court.

I HEREBY CERTIFY that on August 8, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Justin M. Thomas, Esq. and Molly Chafe Brockmeyer, Esq., Boyle & Leonard, P.A., 2050 McGregor Blvd., Fort Myers, FL 33901 (jthomas@insurance-counsel.com;

mbrockmeyer@insurance-counsel.com); Jason Hunter Korn, Esq., Marshall P. Bender, Esq., and Eric S. Olson, Esq., Cohen & Grigsby, P.C., Mercato – Suite 6200, 9110 Strada Place, Naples, FL 34108 (jkorn@cohenlaw.com; mbender@cohenlaw.com; eolson@cohenlaw.com).

        s/Chris Ballentine_____
CHRIS BALLENTINE
Florida Bar No. 434205
Fisher Rushmer, P.A.
390 N. Orange Avenue, Ste. 2200
Post Office Box 3753
Orlando, FL 32801-1642
Telephone: (407) 843-2111
Facsimile: (407) 422-1080
cballentine@fisherlawfirm.com (primary)
dburns@fisherlawfirm.com (secondary)

ATTORNEYS FOR PLAINTIFF

L:\CMB\Garden Masters\DEC PLEADINGS\N of Dismissal w-o Prejudice.docx\CB/djb